# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERARDO HERNANDEZ,**<br>  Plaintiff,<br>  vs.<br>**WING SING CHONG COMPANY, INC., ET AL.,**<br>  Defendants. | CASE NO. 19-cv-03875-YGR<br><br>**JUDGMENT** |

The Court has granted plaintiff's motion for entry of default judgment. Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of plaintiff Gerardo Hernandez and against defendant Intelliz, Inc. in the amount of $4,000 statutory damages and in the form of the following injunctive relief: Intelliz, Inc. shall (1) Maintain the facilities of the Edible Arrangements store at 2740 Middlefield Road, Palo Alto, California, in an accessible condition through the end of its lease; and (2) Follow the new policy of property owner Wing Sing Chong Co., Inc., that tenants of the property will not prop open their front doors during business hours because doing so blocks the accessible path of travel through the end of the lease. If tenants desire to prop open their doors during business hours, they must rehang the doors to open inward.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: May 15, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**